B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

Western District of Texas

In re   Cobb & Associates Corp.           ,          Case No.   16-52575-RBK
         *Debtor*

                                                    Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:   November, 2016                             Date filed:   11/07/2016

Line of Business:   Oil field services              NAISC Code:   339900

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

*/s/ Carol Ann Cobb*
Original Signature of Responsible Party

Carol Ann Cobb
Printed Name of Responsible Party

| | Questionnaire: *(All questions to be answered on behalf of the debtor.)* | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☐ | ☑ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☐ | ☑ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☑ | ☐ |

B 25C (Official Form 25C) (12/08)

| | | Yes | No |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☑ | ☐ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☑ | ☐ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?   ☐   ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME   $ 0.00

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month   $ 8.45

Cash on Hand at End of Month   $ -.55

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   TOTAL   $ -.55

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES   $ 0.00

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*   $ 0.00

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*   $ 0.00

*(Subtract Line C from Line B)*   CASH PROFIT FOR THE MONTH   $ 0.00

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ 0.00

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ 0.00

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 0 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 0 |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

| | | |
|---|---|---|
| PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0.00 |
| TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 0.00 |

*NON-BANKRUPTCY RELATED:*

| | | |
|---|---|---|
| PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0.00 |
| TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 0.00 |

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|              | Projected | Actual | Difference |
|--------------|-----------|--------|------------|
| INCOME       | $ 0.00    | $ 0.00 | $ 0.00     |
| EXPENSES     | $ 0.00    | $ 0.00 | $ 0.00     |
| CASH PROFIT  | $ 0.00    | $ 0.00 | $ 0.00     |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: $ 0.00
TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: $ 0.00
TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: $ 0.00

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

Western District of Texas

In re  Cobb & Associates Corp. ,  Case No. 16-52575-RBK
*Debtor*

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: December 2016  Date filed: 11/07/2016

Line of Business: Oil field services  NAISC Code: 339900

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

*/s/ Carol Ann Cobb*
Original Signature of Responsible Party

Carol Ann Cobb
Printed Name of Responsible Party

| | Questionnaire: *(All questions to be answered on behalf of the debtor.)* | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☐ | ☑ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☐ | ☑ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☑ | ☐ |

B 25C (Official Form 25C) (12/08)

| | | Yes | No |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☑ | ☐ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☑ | ☐ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?  ☐  ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

*Loan Deposit from Jerry Lott*

TOTAL INCOME  $  21.55  ~~0.00~~

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month  $  .55

Cash on Hand at End of Month  $  1.00

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   TOTAL  $  1.00

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES  $  0.00

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*  $  0.00

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*  $  0.00

*(Subtract Line C from Line B)*   CASH PROFIT FOR THE MONTH  $  0.00

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ 0.00

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ 0.00

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 0 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 0 |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

| | |
|---|---|
| PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ 0.00 |
| TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ 0.00 |

*NON-BANKRUPTCY RELATED:*

| | |
|---|---|
| PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ 0.00 |
| TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ 0.00 |

Page 4

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 0.00 | $ 0.00 | $ 0.00 |
| EXPENSES | $ 0.00 | $ 0.00 | $ 0.00 |
| CASH PROFIT | $ 0.00 | $ 0.00 | $ 0.00 |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: $ 0.00

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: $ 0.00

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: $ 0.00

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

**CASE NAME:** Cobb & Accociates Corp.
**CASE NUMBER:** 16-52575-RBK

SMALL BUSINESS MONTHLY OPERATING REPORT - EXHIBIT B-1

## CASH RECEIPTS AND DISBURSEMENTS

| | MONTH November 2016 | MONTH December 2016 | MONTH | MONTH | MONTH | MONTH | Six Months To Date |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $ 9.45 | $ -.55 | | | | | $ |
| **RECEIPTS:** | | | | | | | |
| 2. CASH SALES | 0.00 | | | | | | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 0.00 | | | | | | 0.00 |
| 4. LOANS & ADVANCES (attach list) | 0.00 | | | | | | 0.00 |
| 5. SALE OF ASSETS | 0.00 | | | | | | 0.00 |
| 6. OTHER (attach list) | | $21.55 | | | | | 0.00 |
| TOTAL RECEIPTS** | $0.00 | $21.55 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | |
| **DISBURSEMENTS:** | | | | | | | |
| 7. NET PAYROLL | 0.00 | | | | | | 0.00 |
| 8. PAYROLL TAXES PAID | 0.00 | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | 0.00 | | | | | | 0.00 |
| 10. SECURED/RENTAL/LEASES | 0.00 | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | 0.00 | | | | | | 0.00 |
| 12. INSURANCE | 0.00 | | | | | | 0.00 |
| 13. INVENTORY PURCHASES | 0.00 | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | 0.00 | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | 0.00 | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 0.00 | | | | | | 0.00 |
| 17. ADMINISTRATIVE & SELLING | 0.00 | | | | | | 0.00 |
| 18. OTHER (attach list) bank svc charge | $10.00 | $20.55 | | | | | 0.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | $10.00 | $20.55 | | | | | 0.00 |
| 19. PROFESSIONAL FEES | 0.00 | | | | | | 0.00 |
| 20. U.S. TRUSTEE FEES | 0.00 | | | | | | 0.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | 0.00 | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | $10.00 | $20.55 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22. NET CASH FLOW | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 23. CASH - END OF MONTH (SMOR-2) | -$.55 | $1.00 | | | | | $ |

SBMOR-Exhibit B-1

\* Applies to Individual debtors only
\*\*Numbers for the current month should balance (match)
RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on SBMOR-Exhibit B-2

Revised 01/31/2014

CASE NAME: Cobb & Associates Corp.
CASE NUMBER: 16-52575-RBK
SMALL BUSINESS MONTHLY OPERATING REPORT - EXHIBIT B-2

## CASH ACCOUNT RECONCILIATION
### MONTH OF November 2016

| BANK NAME | Patterson State Bank | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | # 3901 | # | # | | |
| ACCOUNT TYPE | OPERATING | PAYROLL | TAX | OTHER FUNDS | TOTAL |
| BEGINNING BANK BALANCE | $ 9.45 | | | | $ 9.45 |
| RECEIPTS | 0.00 | | | | 0.00 |
| TRANSFERS BETWEEN ACCOUNTS | 0.00 | | | | 0.00 |
| CHECKS/OTHER DISBURSEMENTS | $ 10.00 | | | | $ 10.00 |
| ENDING BANK BALANCE | $ -.55 | $ 0.00 | $ 0.00 | $ 0.00 | $ -.55 |
| DEPOSITS IN TRANSIT | 0.00 | | | | 0.00 |
| OUTSTANDING CHECKS | 0.00 | | | | 0.00 |
| ADJUSTED BANK BALANCE | $ -.55 | $ 0.00 | $ 0.00 | $ 0.00 | $ -.55 |
| BEGINNING CASH - PER BOOKS* | $ 9.45 | | | | $ 9.45 |
| RECEIPTS* | 0.00 | | | | 0.00 |
| TRANSFERS BETWEEN ACCOUNTS | 0.00 | | | | 0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | 0.00 | | | | 0.00 |
| CHECKS/OTHER DISBURSEMENTS* | $ 10.00 | | | | $ 10.00 |
| ENDING CASH - PER BOOKS* | $ -.55 | $ 0.00 | $ 0.00 | $ 0.00 | $ -.55 |

\* Numbers should balance (match) BEGINNING CASH, TOTAL RECEIPTS, TOTAL DISBURSEMENTS and ENDING CASH lines on SBMOR-Exhibit B-1. Copies of all bank statements should be attached.

SBMOR-Exhibit B-2

Revised 01/31/2014

CASE NAME: Cobb & Associates Corp.
CASE NUMBER: 16-52575-RBK

SMALL BUSINESS MONTHLY OPERATING REPORT - EXHIBIT B-2

# CASH ACCOUNT RECONCILIATION
## MONTH OF December 2016

| | # | # | # | |
|---|---|---|---|---|
| BANK NAME | Patterson State Bank | | | |
| ACCOUNT NUMBER | # 3901 | | | |
| ACCOUNT TYPE | OPERATING | PAYROLL | TAX | OTHER FUNDS | TOTAL |
| BEGINNING BANK BALANCE | $21.55 | | | | $21.55 |
| RECEIPTS | 0.00 | | | | 0.00 |
| TRANSFERS BETWEEN ACCOUNTS | $21.55 | | | | $21.55 |
| CHECKS/OTHER DISBURSEMENTS | $20.55 | | | | $20.55 |
| ENDING BANK BALANCE | $1.00 | | | | $1.00 |
| DEPOSITS IN TRANSIT | 0.00 | | | | 0.00 |
| OUTSTANDING CHECKS | 0.00 | | | | 0.00 |
| ADJUSTED BANK BALANCE | $1.00 | | | | $1.00 |
| BEGINNING CASH - PER BOOKS* | $21.55 | $0.00 | $0.00 | $0.00 | $21.55 |
| RECEIPTS* | $21.55 | | | | $21.55 |
| TRANSFERS BETWEEN ACCOUNTS (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | 0.00 | | | | 0.00 |
| CHECKS/OTHER DISBURSEMENTS* | $20.55 | 0.00 | | | $20.55 |
| ENDING CASH - PER BOOKS* | $1.00 | $0.00 | $0.00 | $0.00 | $1.00 |

**SBMOR-Exhibit B-2**

* Numbers should balance (match) BEGINNING CASH, TOTAL RECEIPTS, TOTAL DISBURSEMENTS and ENDING CASH lines on SBMOR-Exhibit B-1. Copies of all bank statements should be attached.

Revised 01/31/2014

November 2016

11-30-16 - cycle service charge   $10.00

**COBB & ASSOCIATES CORP**
PO BOX 100
AMITY AR 71921
(985) 575-3291

DATE Dec. 15, 2016

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | | |
| COINS | | |
| TOTAL CASH | | |
| CHECKS | | |
| 1 Jerry Cobb | 21 | 55 |
| 2 | | |
| 3 | | |
| ... | | |
| 28 | | |
| TOTAL FROM OTHER SIDE OR ATTACHED LIST | | |
| PLEASE RE-ENTER TOTAL HERE | | |

patterson state bank
PATTERSON, MORGAN CITY AND BERWICK, LA.

DEPOSIT TICKET
TOTAL ITEMS

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.
RE-ENTER GRAND TOTAL IN SCREENED BOXES

84-80/652

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE UNIFORM COMMERCIAL CODE AND ANY APPLICABLE COLLECTION AGREEMENT.

⑈4444⑈ ⑉003⑉ 90 ⑈'

$ 21.55

December 2016

| Date | Description | Amount |
|---|---|---|
| 12-7-16 | Daily Overdraft fee | 5.00 |
| 12-14-16 | Daily Overdraft fee | 5.00 |
| 12-31-16 | Cycle Service charge | 10.00 |

**patterson state bank**
P.O. Box 427 • Patterson, LA 70392

Account Statement

PSB 511
COBB & ASSOCIATES CORP
6015 BAYOU BLACK DR
GIBSON LA 70356

Statement Period
11/01/16 - 11/30/16

Page 1 of 1

## Account Summary

| | |
|---|---:|
| PREVIOUS STATEMENT BALANCE AS OF 10/31/16 | 9.45 |
| PLUS 0 DEPOSITS AND OTHER CREDITS | .00 |
| LESS 0 CHECKS AND OTHER DEBITS | .00 |
| LESS CYCLE SERVICE CHARGE | 10.00 |
| CURRENT STATEMENT BALANCE AS OF 11/30/16 | .55- |

**DETAIL FOR BUSINESS PLUS** 901

DAYS IN THIS CYCLE 30

## Checking Account Transactions

| Date | Description | Debits | Credits |
|---|---|---|---|
| 11/30 | CYCLE SERVICE CHARGE | 10.00 | |

## Balance History

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| 10/31 | 9.45 | 11/30 | .55- | | | | |

**patterson state bank**
P.O. Box 427 • Patterson, LA 70392

Account Statement

PSB    1691
COBB & ASSOCIATES CORP
6015 BAYOU BLACK DR
GIBSON LA 70356

Statement Period
12/01/16 - 12/31/16

Page 1 of 2

## Account Summary

| | | |
|---|---|---:|
| PREVIOUS STATEMENT BALANCE AS OF 11/30/16 | | .55- |
| PLUS | 1 DEPOSITS AND OTHER CREDITS | 21.55 |
| LESS | 2 CHECKS AND OTHER DEBITS | 10.00 |
| LESS | CYCLE SERVICE CHARGE | 10.00 |
| CURRENT STATEMENT BALANCE AS OF 12/31/16 | | 1.00 |

**DETAIL FOR BUSINESS PLUS            901**

DAYS IN THIS CYCLE                    31

### Checking Account Transactions

| Date | Description | Debits | Credits |
|---|---|---:|---:|
| 12/07 | DAILY OVERDRAFT FEE | 5.00 | |
| 12/14 | DAILY OVERDRAFT FEE | 5.00 | |
| 12/15 | DEPOSIT | | 21.55 |
| 12/31 | CYCLE SERVICE CHARGE | 10.00 | |

### Balance History

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| 11/30 | .55- | 12/07 | 5.55- | 12/14 | 10.55- | 12/15 | 11.00 |
| 12/31 | 1.00 | | | | | | |





12/15/2016   $21.55
Deposit